### 3818. SATTERFIELD v. AYERS & CUNNINGHAM.

HILL, C. J.  1. Where an attorney, in the argument of a case before the jury, uses improper language which is claimed to be prejudicial, it is the duty of the attorney for the opposite party to invoke a ruling of the trial judge thereon, either by the declaration of a mistrial or by reprimanding the offending attorney and giving proper instructions in reference to the language so used to the jury; and where no such action is invoked, the use of the improper language can not subsequently be made a ground of a motion for a new trial. *Lavender* v. *State*, 9 *Ga. App.* 856 (72 S. E. 437).

2. Except as above decided, no error of law is complained of; and the verdict is supported by the evidence.                    *Judgment affirmed.*

                                DECIDED MARCH 6, 1912.

Action for breach of warranty; from city court of Hartwell. October 31, 1911.

*A. A. McCurry,* for plaintiff in error.

*J. H. Skelton,* contra.